# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-285 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR APPOINTMENT OF COUNSEL** |
| NUARL STEPHON EARL, | |
| Defendant. | |

_____

Nathan Petterson, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on defendant's pro se request for appointment of counsel. The Court finds that Mr. Earl has shown good cause for substitution of counsel.

Based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request for appointment of counsel [Docket No. 67] is **GRANTED**. A federal defender shall be appointed to represent the defendant for the remainder of this case as it pertains to the United States District Court.

**IT IS FURTHER ORDERED** that the May 26, 2010 trial date is now stricken. A new trial date will be set once new counsel is appointed to the case. The Court finds that the ends of justice will be served by continuing the case. This finding is based upon 18 U.S.C. § 3161(h)(8)(A) that the ends of justice are served by continuing this trial outweigh the best

interest of the public and the defendant in a speedy trial. The period of time from the date of this order through the date of trial, or the date the defendant enters a plea shall be excluded from the Speedy Trial Act computations in this case

DATED: May 13, 2010
at Minneapolis, Minnesota

                    s/ John R. Tunheim
                    JOHN R. TUNHEIM
                  United States District Judge